UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Electrical Workers Local 58 Pension Trust Fund
IBEW, et al

        Plaintiff(s),

Case No. 20-10968

v.

Honorable George Caram Steeh

Streamline Electric, LLC

        Defendant(s).
_____/

**CLERK'S ENTRY OF JUDGMENT BY DEFAULT**

The Clerk's entry of default having been entered against Defendant Streamline Electric, LLC, and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Streamline Electric, LLC, in the amount of $ 7,185.47 plus interest.

DAVID J. WEAVER, CLERK OF COURT
United States District Court

By: s/LGranger
    Deputy Clerk

Dated: June 16, 2020